**NOT FOR PUBLIC VIEW**

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☒ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below) | | LOCATION NUMBER |
|---|---|---|---|
| IN THE CASE OF | U.S. v.S. Santiago | FOR / AT | |

**PERSON REPRESENTED** (Show your full name): Eustaquio Luis Santiago

FILED APR 2[?] CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY [signature] DEPUTY

| | |
|---|---|
| 1 ☒ Defendant—Adult | DOCKET NUMBERS |
| 2 ☐ Defendant - Juvenile | Magistrate: 08MG1244 |
| 3 ☐ Appellant | District Court |
| 4 ☐ Probation Violator | |
| 5 ☐ Parole Violator | Court of Appeals |
| 6 ☐ Habeas Petitioner | |
| 7 ☐ 2255 Petitioner | |
| 8 ☐ Material Witness | |
| 9 ☐ Other | |

**CHARGE/OFFENSE** (describe if applicable & check box →): ☒ Felony ☐ Misdemeanor — 1324

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
- Are you now employed? ☒ Yes ☐ No ☐ Am Self-Employed
- Name and address of employer: Carmil Plastics, Oceanside Comp.
- IF YES, how much do you earn per month? $ 1,200
- IF NO, give month and year of last employment. How much did you earn per month? $ ___
- If married is your Spouse employed? ☐ Yes ☒ No
- IF YES, how much does your Spouse earn per month? $ ___
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
- RECEIVED $ ___   SOURCES ___

**CASH**
- Have you any cash on hand or money in savings or checking accounts? ☒ Yes ☐ No IF YES, state total amount $ 300.00

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT: VALUE $ 4,500   DESCRIPTION Nissan 94

**OBLIGATIONS & DEBTS**

**DEPENDENTS** — MARITAL STATUS: ☒ MARRIED — Total No. of Dependents: 2
List persons you actually support and your relationship to them: Francisca - wife; Briseida - daughter

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| Rent | | $ | $ 450 |
| Telephone | | $ | $ 35 |
| Insurance | | $ | $ 35 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 4/24/08

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ► E.L.S.

