UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. 08mj1244 | |
| Plaintiff ) | | |
| ) | ORDER | |
| vs. ) | RELEASING MATERIAL WITNESS | |
| Lucio Santiago-Morelles ) et.al. ) | Booking No. | |
| Defendant(s) ) | | |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / (Order of Court)).

Noe Barrita - Colmenares

DATED: 5-8-08

JAN M. ADLER

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
Deputy Clerk