UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

2008 MAY -8  P 4: 26

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　Plaintiff　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>vs.　　　　　　　　　　　　　)<br>Lucio Santiago-Morales )<br>　　　　et. al.　　　　　　　 )<br>　　　　Defendant(s)　　　　 )<br>_____ ) | CRIMINAL NO. 08mj1244<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed /(Order of Court)).

Bulmaro Octaviano Barrita-Colmenares

DATED: 5-8-08

JAN M. ADLER

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
　　　　　　DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by _Rhee Rm_
　　　　　　Deputy Clerk

CLERK'S OFFICE COPY  　　　　☆ U.S. GPO: 2003-581-774/70082
mc500 Crim-25 rev. 8-95